IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0436 |
| v. | : | Judge Frost |
| Stephen Swaim, PNC Mortgage, City of Columbus Income Tax Division, and Ohio Department of Taxation, | : | Magistrate Judge Abel |
| | : | |
| | : | |
| Defendants | | |
| | : | |

## Order Cancelling Settlement Week Mediation

On December 6, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for December 12, 2012 at 3:00 p.m. be cancelled. The IRS and Mr. Swaim have negotiated a consent judgment. Plaintiff's counsel will circulate a draft of the proposed consent judgment on or before **December 21, 2012.** By the same date, plaintiff's counsel will provide defendant Swaim's counsel with the documentation supporting the full amount of the tax liability asserted by the IRS. The consent judgment will be presented to the Court in January. The December 2012 Settlement Week mediation is CANCELED.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Gerald Leeseberg, 175 S. Third St.-Penthouse One, Columbus, OH 43215.

s/Mark R. Abel
United States Magistrate Judge
