THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 2:12cv436 |
| v. ) | |
| ) | Judge Gregory L. Frost |
| STEPHEN SWAIM, PNC MORTGAGE, ) | |
| CITY OF COLUMBUS INCOME TAX ) | Magistrate Judge Mark R. Abel |
| DIVISION, and OHIO DEPARTMENT ) | |
| OF TAXATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER CONFIRMING SALE AND DIRECTING DISTRIBUTION OF PROCEEDS

Having considered Plaintiff United States of America's Motion for Order Confirming Sale and Directing Distribution of Sale Proceeds relating to the real property located at 4906 Northtowne Boulevard, Columbus, Ohio, 43329 ("Property"), as fully described below,

> Being Lot No. 179 of Northland Park Section #3, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 39, page 98, Recorder's Office, Franklin County, Ohio.
>
> Subject to all future taxes and assessments, legal highways, conditions, restrictions and easements if any, of record.
>
> Parcel No.:     10-148430
>
> Tax District:   City of Columbus

and any response thereto, IT IS ORDERED THAT

1. The United States' Motion for Order Confirming Sale and Directing Distribution of Sale Proceeds is granted;

2. The sale of the Property to JBHN Rental Properties, LLC, an Ohio business entity, for the amount of $51,000 is HEREBY CONFIRMED;

1

3. The IRS shall execute and deliver its deed conveying the Property to JBHN Rental Properties, LLC;

4. The Clerk of Court shall distribute the sale proceeds deposited in the Court's registry as follows:

| Order | Payee | Amount |
|---|---|---|
| 1 | Internal Revenue Service (check payable to the "United States Treasury") for costs of sale<br><br>Internal Revenue Service<br>Attn: Darlene Jones<br>Property Appraisal Liquidation Specialist<br>4041 North Central Avenue<br>M/S 5021<br>Phoenix, AZ | $1,536.72 |
| 2 | Franklin County Treasurer (check payable to "Ed Leonard, Franklin County Treasurer") for local real estate taxes due<br><br>Franklin County Treasurer<br>373 South High Street<br>17th Floor<br>Columbus, OH 43215-6306 | $2,314.62 (if paid by July 15, 2014) |
| 3 | PNC Mortgage (check payable to "PNC Mortgage") for the mortgage, originally granted on April 22, 1987 to Buckeye Federal Savings & Loan and subsequently reassigned to PNC and re-recorded on March 30, 2006;<br><br>Manley Deas Kochalski, LLC<br>1400 Goodale Blvd.<br>Suite 200<br>Grandview, OH 43212 | $9,072.07 (if paid by July 15, 2014) |

| | | |
|---|---|---|
| 4 | Ohio Department of Taxation (check payable to "Ohio Treasurer of State") for its judgments against Defendant Stephen Swaim recorded on March 21, 2006 and September 12, 2007<br><br>Ohio Attorney General<br>150 East Gay Street<br>21st Floor<br>Columbus, OH 43215 | $2,967.83 (if paid by July 15, 2014) |
| 5 | United States (check payable to "Department of Justice") for federal tax liens against Stephen Swaim, which totaled $140,519.99 plus interest and other statutory additions from December 12, 2007, for the tax years 2001 through 2009;<br><br>U.S. Department of Justice Tax Division<br>Attn: FLU<br>P.O. Box 310<br>Washington, DC 20044 | $35,108.76 (if paid by July 15, 2014) |

IT IS SO ORDERED.

Date: ___6/27/14_____

                                      /s/ Gregory L. Frost
                              _____
                              HONORABLE GREGORY J. FROST
                              UNITED STATES DISTRICT JUDGE